(SPACE BELOW FOR FILING STAMP ONLY)

**ROBERT F. PEREZ, #054301**
**PEREZ, WILLIAMS & MEDINA**
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A LAW CORPORATION
1432 DIVISADERO
FRESNO, CALIFORNIA 93721
Telephone (559) 445-0123
Facsimile (559) 445-1753

Attorneys for     Petitioner, Micaela Hurtado

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

-o0o-

| | |
|---|---|
| GUADALUPE CASTANEDA, a minor, by and through her Guardian ad Litem, RUMUALDO CASTANEDA; MARIANA DALLAS, a minor, by and through her Guardian ad Litem, ALICIA DALLAS; ELPIDIA HERNANDEZ, a minor, by and through her Guardian ad Litem, MICAELA HURTADO; ANDREA MORA, a minor, by and through her Guardian ad Litem, LETECIA ORTEGON<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>ROBERT WENDEL; DALILA HERNANDEZ; LUCIANA NALDI; LIVINGSTON HIGH SCHOOL; MERCED UNION HIGH SCHOOL DISTRICT;<br><br>　　　　Defendants. | **CASE NO: 1:05-CV-00604-REC-DLB**<br><br>**PROPOSED ORDER APPOINTING GUARDIAN AD LITEM** |

\\\

\\\

ORDER APPOINTING GUARDIAN AD LITEM.

**ORDER**

The Petition for an order appointing Micaela Hurtado as Guardian ad Litem for minor, Elpidia Hernandez, is hereby GRANTED.

IT IS SO ORDERED.

Date:  June 6, 2005

　　　　　　　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

PEREZ, WILLIAMS & MEDINA
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A LAW CORPORATION
1432 DIVISADERO
FRESNO, CALIFORNIA 93721
(559) 445-0123

2

ORDER APPOINTING GUARDIAN AD LITEM.