Anthony N. DeMaria # 177894
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA. 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants,
LIVINGSTON HIGH SCHOOL; MERCED UNION HIGH SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE CASTANEDA, ET AL,<br><br>           Plaintiffs,<br><br>     v.<br><br>ROBERT WENDEL, ET AL,<br><br>           Defendants. | Case No.  1:05-CV-00604-REC-DLB<br><br>**STIPULATION GRANTING EXTENSION TO ANSWER COMPLAINT, AND ORDER THEREON** |

**IT IS HEREBY STIPULATED** between Robert F. Perez, Esq., of Perez, Williams & Medina, attorneys for plaintiffs, and Anthony N. DeMaria, Esq., of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, attorneys for the aforementioned defendants, that the time within which to file a response to the Complaint in the above matter shall be to and including July 15, 2005, for all named defendants.

Dated: June 9, 2005

                              PEREZ, WILLIAMS & MEDINA


                              By:  _____/S/_____
                                    ROBERT F. PEREZ

STIPULATION GRANTING EXTENSION TO ANSWER COMPLAINT, AND ORDER THEREON 1:05-CV-00604-REC-DLB

PDF created with pdfFactory trial version www.pdffactory.com

Dated: June 9, 2005

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP

By:       /S/
Anthony N. DeMaria
Attorneys for Defendants,
ROBERT WENDEL; DALILA
HERNANDEZ; LUCIANA NALDI;
LIVINGSTON HIGH SCHOOL;
MERCED UNION HIGH SCHOOL
DISTRICT

## **ORDER**

Having read the foregoing stipulation, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that defendants shall have to and including July 15, 2005, in which to file an Answer to the plaintiffs' Complaint

DATED: June 24, 2005

/s/ ROBERT E. COYLE
JUDGE OF THE UNITED STATES DISTRICT COURT

99910/00108-833338.v1

PDF created with pdfFactory trial version www.pdffactory.com