| | |
|---|---|
| 1  Anthony N. DeMaria, # 177894 | (SPACE BELOW FOR FILING STAMP ONLY) |
|    Daniel L. Wainwright, #193486 | |
| 2  McCormick, Barstow, Sheppard | |
|    Wayte & Carruth LLP | |
| 3  P.O. Box 28912 | |
|    5 River Park Place East | |
| 4  Fresno, CA  93720-1501 | |
|    Telephone:   (559) 433-1300 | |
| 5  Facsimile:    (559) 433-2300 | |

Attorneys for Defendants
MERCED UNION HIGH SCHOOL DISTRICT and
LIVINGSTON HIGH SCHOOL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| GUADALUPE CASTANEDA, a minor, by and through her Guardian ad Litem, RUMALDO CASTANEDA; MARIANA DALLAS, a minor, by and through her Guardian ad Litem, ALICIA DALLAS; ELPIDIA HERNANDEZ, a minor, by and through her Guardian ad Litem, MICAELA HURTADO; ANDREA MORA, a minor, by and through her Guardian ad Litem, LETECIA ORTEGON, | Case No.  1:05-CV-00604-REC-DLB  **ORDER ALLOWING EXTENSION OF TIME TOFILE AND SERVE THE PARTIES' RULE 26 INITIAL DISCLOSURES** |
| Plaintiffs, | |
| v. | |
| ROBERT WENDEL; DALILA HERNANDEZ; LUCIANA NALDI; LIVINGSTON HIGH SCHOOL; MERCED UNION HIGH SCHOOL DISTRICT, | |
| Defendants. | |

Pursuant to the Stipulation of the parties, and for GOOD CAUSE existing, the Court hereby ORDERS that the date for the parties Rule 26(a) Initial Disclosures be continued from October 12, 2005 to **Friday, October 14, 2005** and that all parties on required to file and serve their respective Initial Disclosures on that new date.

/ / /

78046/00021-874979.v1

| | |
|---|---|
| 1 | DATED: October 17, 2005 |
| 2 |                       **/s/ Dennis L. Beck** |
| | Dennis L. Beck - U.S. Magistrate Judge |

874595.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

78046/00021-874979.v1        2

1:05-CV-00604-REC-DLB