(SPACE BELOW FOR FILING STAMP ONLY)

**ROBERT F. PEREZ, 054301**
**PEREZ, WILLIAMS & MEDINA**
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A LAW CORPORATION
1432 DIVISADERO
FRESNO, CALIFORNIA 93721
Telephone (559) 445-0123
Facsimile (559) 445-1753

Attorneys for    Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

-o0o-

| | |
|---|---|
| GUADALUPE CASTANEDA, et al., ) | CASE NO. 1:05-CV-00604-REC-DLB |
| ) | |
| Plaintiffs, ) | STIPULATION AND ORDER |
| ) | GRANTING PLAINTIFFS' REQUEST |
| v. ) | TO FILE A FIRST AMENDED |
| ) | COMPLAINT |
| ROBERT WENDEL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiffs, GUADALUPE CASTANEDA, et al., and defendants, ROBERT WENDEL, DALILA HERNANDEZ, LUCIANA NALDI, LIVINGSTON HIGH SCHOOL, and the MERCED UNION HIGH SCHOOL DISTRICT, by and through their counsel, stipulate and agree to allow Plaintiffs, GUADALUPE ACOSTA, et al., to file a First Amended Complaint to add the Livingston Police Department and the City of Livingston as additional named defendants.

| | | |
|---|---|---|
| 1 | Dated:  September 15, 2005 | PEREZ, WILLIAMS & MEDINA |
| 2 | | |
| 3 | | By: /s/ROBERT G. WILLIAMS, ESQ. |
| | | ROBERT G. WILLIAMS, ESQ. |
| 4 | | Attorneys for Plaintiffs |
| 5 | | |
| 6 | Dated: September 20, 2005 | McCORMICK, BARSTOW, SHEPPARD |
| 7 | | By: /s/ANTHONY DEMARIA, ESQ. |
| | | ANTHONY DeMARIA, ESQ. |
| 8 | | Attorneys for Defendants, Livingston High School and Merced Union High School District |
| 9 | | |
| 10 | | |
| 11 | Dated: September 21, 2005 | TUTTLE & McCLOSKEY |
| 12 | | |
| 13 | | By: /s/JAMES MCBREARTY, ESQ. |
| | | JAMES McBREARTY, ESQ. |
| 14 | | Attorneys for Defendant, Luciana Naldi |
| 15 | | |
| 16 | Dated: September 19, 2005 | BORTON, PETRINI & CONRON, LLP |
| 17 | | |
| 18 | | By: /s/DAVID LEATH, ESQ. |
| | | DAVID LEATH, ESQ. |
| 19 | | Attorneys for Defendant, Robert Wendel |
| 20 | \\\ | |
| 21 | \\\ | |
| 22 | \\\ | |
| 23 | \\\ | |
| 24 | | |

**ORDER**

PURSUANT TO STIPULATION IT IS ORDERED that Plaintiffs, GUADALUPE CASTANEDA, et al., are permitted to file and serve a First Amended Complaint to add the Livingston Police Department and the City of Livingston as additional named defendants.

Dated: November 1, 2005        /s/ Dennis L. Beck
                               U.S. MAGISTRATE JUDGE