(SPACE BELOW FOR FILING STAMP ONLY)

**ROBERT GRAY WILLIAMS, #068033**
**PEREZ, WILLIAMS & MEDINA**
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A LAW CORPORATION
1432 DIVISADERO
FRESNO, CALIFORNIA 93721
Telephone (559) 445-0123
Facsimile (559) 445-1753

Attorneys for    Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

-o0o-

| | |
|---|---|
| GUADALUPE CASTANEDA, a minor, by ) and through her Guardian ad Litem, ) RUMUALDO CASTANEDA; MARIANA ) DALLAS, a minor, by and through her ) Guardian ad Litem, ALICIA DALLAS; ) ELPIDIA HERNANDEZ, a minor, by and ) through her Guardian ad Litem, MICAELA ) HURTADO; ANDREA MORA, a minor, by ) and through her Guardian ad Litem, ) LETECIA ORTEGON ) ) ) Plaintiffs, ) ) v. ) ) ROBERT WENDEL; DALILA ) HERNANDEZ; LUCIANA NALDI; ) LIVINGSTON HIGH SCHOOL; MERCED ) UNION HIGH SCHOOL DISTRICT; ) MIKE AKERS; LIVINGSTON POLICE ) DEPARTMENT; CITY OF LIVINGSTON ) ) Defendants. ) | CASE NO:     1:05-CV-00604-REC-DLB STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE DEADLINES, TRIAL, AND STATEMENT OF GOOD CAUSE |

///

IT IS HEREBY STIPULATED by the parties to this action, by and between their respective counsels that the scheduling deadlines set forth in the Scheduling Conference Order dated September 13, 2005, be vacated and all deadlines be continued for a period of approximately four months.  The parties jointly request this continuance on the grounds that counsel, who had not participated in the initial scheduling conference, has recently appeared on behalf of defendants, Mike Aker, City of Livingston, Livingston Police Department, and Dalila Hernandez.  Because of the recent appearance by new counsel, it has not been possible to complete necessary discovery within the deadlines set in the initial scheduling order.  Also, additional time will be necessary to complete discovery due to additional issues that must now be addressed due to the new parties to this action. New counsel will need additional time to review and prepare for discovery and trial. Discovery has also been delayed as the result of settlements of 4 or 5 Plaintiffs, which are awaiting approval by this court.  Because of these above noted developments the parties propose the following schedule of deadline to be set by the court or dates as soon as possible thereafter if necessary to fit the court's calendar.

**Scheduling Dates:**

| | | |
|---|---|---|
| 1. | Rule 26 (a) Disclosures: | May 1, 2006 |
| 2. | Pleading Amendment Deadline: | May 2, 2006 |
| 3. | Expert Disclosure Deadline: | September 5, 2006 |
| 5. | Supplemental Expert Disclosure Deadline. | October 10, 2006 |
| 6. | Close of discovery: | |
| | a.    Expert discovery | November 6, 2006 |
| | b.    Non-expert discovery | August 7, 2006 |
| 7. | Dispositive Motion Deadlines: | |
| | Filing: | October 13, 2006 |
| | Hearing: | November 20, 2006 |

2

PEREZ, WILLIAMS & MEDINA
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A LAW CORPORATION
1432 DIVISADERO
FRESNO, CALIFORNIA 93721
(559) 445-0123

8.      Non-Dispositive Motion Deadlines:

        Filing:                                    August 8, 2006

        Hearing:                                 October 20, 2006

9.      Pre-Trial Conference Date:          January 26, 2007

        at 1:30 p.m. in Courtroom 9.

10.     Trial Date:                            April 3, 2007

        at 9:00 a.m. Courtroom 1 as a 10-day jury trial


**Settlement Conference:**

        To be set by the court upon joint request of the parties.

**Prior Scheduling Order:**

        Except as modified herein, the courts prior scheduling order of September 13, 2005, shall remain in effect.  All parties not participating in the initial Scheduling Conference, (9/12/05), that are not in agreement with admitted or contested facts, or the contested or uncontested legal issues set forth in the court's September 13, 2005, scheduling order shall submit to the court and serve on the parties any additions or amendments thereto no later than May 1, 2006.

**Declaration of Good Cause:**

        The parties below each declare under penalty of perjury that the stipulation herein above sets forth facts that are true and correct, and good cause exists for the continued deadlines being requested. Executed within the state of California on the dates listed below.

        This stipulation may be signed in counterparts.

Dated:  April 4, 2006                                    PEREZ, WILLIAMS & MEDINA


                                    By /s/ROBERT GRAY WILLIAMS, ESQ.
                                       ROBERT GRAY WILLIAMS,
                                          Attorney for Plaintiffs

PEREZ, WILLIAMS & MEDINA
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A LAW CORPORATION
1432 DIVISADERO
FRESNO, CALIFORNIA 93721
(559) 445-0123

Dated:  April 7, 2006                         McCORMICK, BARSTOW, SHEPPARD,
                                              WAYTE & CARRUTH, LLP


By ____/s/ANTHONY N. DEMARIA, ESQ.____
       Anthony N. DeMaria, Esq.,
       Attorney for Defendants, Livingston
       High School and Merced Union High
       School District


Dated:  April 6, 2006                         BORTON, PETRINI & CONRON


By ____/s/DAVID M. LEATH, ESQ._____
       David M. Leath, Esq.
       Attorneys for Defendant, Robert Wendel


Dated:  April 17, 2006                        TUTTLE & McCLOSKEY


By ____/s/JAMES MCBREARTY, ESQ._____
       James McBrearty, Esq.
       Attorneys for Defendant, Luciana Naldi


Dated: April 6, 2006                          THAYER, HARVEY, GREGERSON,
                                              HEDBERG & JACKSON


By ____/s/KENNETH R. HEDBERG, ESQ.___
       Kenneth R. Hedberg, Esq.
       Attorneys for Defendant, Mike Aker,
       City of Livingston, Livingston Police
       Department

PEREZ, WILLIAMS & MEDINA
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A LAW CORPORATION
1432 DIVISADERO
FRESNO, CALIFORNIA 93721
(559) 445-0123

4

Dated: April 5, 2006

YOHMAN, PARKER, KERN,
NARD & WENZEL


By ____/s/KIRSTEN K. COREY, ESQ.____
Kirsten K. Corey, Esq.
Attorneys for Defendant, Dalila
Hernandez


**ORDER**

It is so Ordered.


Dated: April 24, 2006                    _____/s/ Dennis L. Beck_____
Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

PEREZ, WILLIAMS & MEDINA
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A LAW CORPORATION
1432 DIVISADERO
FRESNO, CALIFORNIA 93721
(559) 445-0123