| | |
|---|---|
| 1 | DIAnthony N. DeMaria, # 177894     (SPACE BELOW FOR FILING STAMP ONLY) |
| | McCormick, Barstow, Sheppard |
| 2 | Wayte & Carruth LLP |
| | P.O. Box 28912 |
| 3 | 5 River Park Place East |
| | Fresno, CA  93720-1501 |
| 4 | Telephone:     (559) 433-1300 |
| | Facsimile:      (559) 433-2300 |
| 5 | |
| | Attorneys for Defendants |
| 6 | MERCED UNION HIGH SCHOOL DISTRICT and |
| | LIVINGSTON HIGH SCHOOL |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | | |
|---|---|---|
| 11 | GUADALUPE CASTANEDA, a minor, by and through her Guardian ad Litem, RUMALDO CASTANEDA; MARIANA DALLAS, a minor, by and through her Guardian ad Litem, ALICIA DALLAS; ELPIDIA HERNANDEZ, a minor, by and through her Guardian ad Litem, MICAELA HURTADO; ANDREA MORA, a minor, by and through her Guardian ad Litem, LETECIA ORTEGON, | Case No.  1:05-CV-00604-OWW-DLB |
| | Plaintiffs, | **ORDER** |
| | v. | |
| | ROBERT WENDEL; DALILA HERNANDEZ; LUCIANA NALDI; LIVINGSTON HIGH SCHOOL; MERCED UNION HIGH SCHOOL DISTRICT, | |
| | Defendants. | |

The Court, having reviewed the Stipulation of the Parties and the attached Releases and finding good cause, hereby ORDERS as follows:

The matter of GUADALUPE CASTANEDA, a minor, by and through her Guardian ad Litem, RUMALDO CASTANEDA; MARIANA DALLAS, a minor, by and through her Guardian ad Litem, ALICIA DALLAS; ELPIDIA HERNANDEZ, a minor, by and through

ORDER

PDF created with pdfFactory trial version www.pdffactory.com

her Guardian ad Litem, MICAELA HURTADO; ANDREA MORA, a minor, by and through her Guardian ad Litem, LETECIA ORTEGON v. ROBERT WENDEL; DALILA HERNANDEZ; LUCIANA NALDI; LIVINGSTON HIGH SCHOOL; MERCED UNION HIGH SCHOOL DISTRICT is dismissed with prejudice, as to Defendants ROBERT WENDEL; DALILA HERNANDEZ; LUCIANA NALDI; LIVINGSTON HIGH SCHOOL and MERCED UNION HIGH SCHOOL  DISTRICT only.

IT IS HEREBY ORDERED.

Dated: __August 16, 2006_____
_____/s/ OLIVER W. WANGER
District Court Judge

78046/00021-999681.v1

PDF created with pdfFactory trial version www.pdffactory.com