(SPACE BELOW FOR FILING STAMP ONLY)

**ROBERT GRAY WILLIAMS, #068033**
**PEREZ, WILLIAMS & MEDINA**
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A LAW CORPORATION
1432 DIVISADERO
FRESNO, CALIFORNIA 93721
Telephone (559) 445-0123
Facsimile (559) 445-1753

Attorneys for    Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

-o0o-

| | |
|---|---|
| GUADALUPE CASTANEDA, a minor, by and through her Guardian ad Litem, RUMUALDO CASTANEDA; MARIANA DALLAS, a minor, by and through her Guardian ad Litem, ALICIA DALLAS; ELPIDIA HERNANDEZ, a minor, by and through her Guardian ad Litem, MICAELA HURTADO; ANDREA MORA, a minor, by and through her Guardian ad Litem, LETECIA ORTEGON | CASE NO:    1:05-CV-00604 OWW DLB<br><br>FINDINGS and RECOMMENDATION on ORDER GRANTING APPROVAL OF MINORS' COMPROMISE - CIVIL |
| Plaintiffs, | |
| v. | Date:   12-1-06<br>Time:  9:00 a.m. |
| ROBERT WENDEL; DALILA HERNANDEZ; LUCIANA NALDI; LIVINGSTON HIGH SCHOOL; MERCED UNION HIGH SCHOOL DISTRICT; MIKE AKERS; LIVINGSTON POLICE DEPARTMENT; CITY OF LIVINGSTON | Courtroom:    9<br>Magistrate Judge:  Dennis L. Beck |
| Defendants. | |

///

1    Upon the verified Request of ALICIA DALLAS, as Guardian ad Litem for MARIANA

2    DALLAS; MICAELA HURTADO, as Guardian ad Litem for ELPIDIA HERNANDEZ; and

3    LETICIA ORTEGON, as Guardian ad Litem for ANDREA MORA, hereinafter called

4    petitioners, for approval of the proposed compromise of the above-named minor against MIKE

5    AKERS, LIVINGSTON POLICE DEPARTMENT, and the CITY OF LIVINGSTON hereinafter

6    called payor, the Court finds that the facts set forth in said petition are true and that said

7    compromise is in the best interests of said minor.

8        IT IS THEREFORE ORDERED:

9        A.  That said compromise as set forth in the petition and is hereby approved and

10   that upon performance of the conditions of the settlement as set forth herein below that

11   defendant, MIKE AKERS, LIVINGSTON POLICE DEPARTMENT, and the CITY OF

12   LIVINGSTON, shall be fully and forever released and discharged of and from all claims,

13   charges and demands of said minor arising from the incident mentioned in said petition.

14       B.  Payor shall disburse the proceeds of the settlement hereby approved in the following

15   manner:

16       By one or more checks or drafts drawn payable by order of petitioner and Perez,

17   Williams & Medina, the petitioners are hereby authorized and directed to pay out of the proceeds

18   of the up-front cash and remaining balance of the advance as follows:

19   **A.    MARIANA DALLAS**

20   **Settlement Amount: (1/3 of $5,000.00)**          **$1,666.66**

21       **TO PEREZ, WILLIAMS & MEDINA**          **Fees waived**
         **for attorneys' fees**

22       **No Additional Case Costs Incurred**          **-0-**

23                          **NET SETTLEMENT**     **$1,666.66**

24

PEREZ, WILLIAMS & MEDINA
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A LAW CORPORATION
1432 DIVISADERO
FRESNO, CALIFORNIA 93721
(559) 445-0123

**B.      ELPIDIA HERNANDEZ**

Settlement Amount: (1/3 of $5,000.00)                    **$1,666.66**

        **TO PEREZ, WILLIAMS & MEDINA**                    **Fees waived**
        **for attorneys' fees**

        **No Additional Costs Incurred**                    **-0-**

                **NET SETTLEMENT**          **$1,666.66**

**C.      ANDREA MORA**

Settlement Amount: (1/3 of $5,000.00)                    **$1,666.66**

        **TO PEREZ, WILLIAMS & MEDINA**                    **Fees waived**
        **for attorneys' fees**

        **No Additional Case Costs Incurred**                    **-0-**

                **NET SETTLEMENT**          **$1,666.66**

**D.      GUADALUPE CASTANEDA**

Settlement Amount:                                      **$    -0-**

That the net amount sum determined by this court payable to minors, is to be distributed

directly to the respective minors Guardian a Litems to be used for the current support,

maintenance, or education of the minor is the sole discretion of the minor, California Probate

Code §3401–3403, F.R.Civ P. 17(c).

//

//

//

//

//

These findings and recommendations are submitted to the United States District Judge

assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within 10 days

PEREZ, WILLIAMS & MEDINA
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A LAW CORPORATION
1432 DIVISADERO
FRESNO, CALIFORNIA 93721
(559) 445-0123

after being served with these findings and recommendations, plaintiff may file written objections

with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

and Recommendations."  Plaintiff is advised that failure to file objections within the specified

time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

(9th Cir. 1991).

January 8, 2007                                        /s/ Dennis L. Beck
                                                       U.S. MAGISTRATE JUDGE

PEREZ, WILLIAMS & MEDINA
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A LAW CORPORATION
1432 DIVISADERO
FRESNO, CALIFORNIA 93721
(559) 445-0123

4