# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE CASTANEDA, a minor, by and through her guardian ad Litem, RUMUALDO CASTANEDA; MARIANA DALLAS, a minor, by and through her Guardian ad Litem, ALICIA DALLAS; ELPIDIA HERNANDEZ, a minor, by and through her Guardian ad Litem, MICAELA HURTADO; ANDREA MORA, a minor, by and through her Guardian ad Litem, LETECIA ORTEGON,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT WENDE; DALILA HERNANDEZ; LUCIANA NALDI; LIVINGSTON HIGH SCHOOL; MERCED UNION HIGH SCHOOL DISTRICT; MIKE AKERS; LIVINGSTON POLICE DEPARTMENT; CITY OF LIVINGSTON,<br><br>Defendants. | 1:05-cv-0604 OWW DLB<br><br>SECOND CORRECTED ORDER APPROVING MINORS' COMPROMISE |

This matter is before the Court on the Findings and Recommendations of the Magistrate Judge recommending approval of Order for Minors' Compromise.

The Court has reviewed the Findings and Recommendations which were filed January 8, 2007. No objections have been filed.

1

Based on the $5,000 settlement divided three ways among the minors, Perez, Williams & Medina, attorneys for Plaintiffs, having waived their attorneys' fees, and the settlement being fair and in the best interests of the minors,

IT IS ORDERED:

1.   The settlement of $5,000 is hereby APPROVED, attorneys' fees and costs having been waived.  The settlement is to be divided equally among the three minors, Elpidia Hernandez, Mariana Dallas, and Andrea Mora.  Guadalupe Castaneda is not participating in the settlement.

3.   The net sum payable to the minors is to be distributed directly to the Guardian ad Litems for each minor, to be used for the current support, maintenance, or education of each minor. California Probate Code § 3401-3403, F.R.Civ.P. 17(c).

IT IS SO ORDERED.

Dated: March 14, 2007                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE