UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| GUADALUPE CASTANEDA, a minor, by ) <br> and through her Guardian ad Litem, ) <br> RUMUALDO CASTANEDA; MARIANA ) <br> DALLAS, a minor, by and through her ) <br> Guardian ad Litem, ALICIA DALLAS; ) <br> ELPIDIA HERNANDEZ, an minor, by and ) <br> through her Guardian ad Litem, MICAELA ) <br> HURTADO; ANDREA MORA, a minor, by) <br> and through her Guardian ad Litem, ) <br> LETECIA ORTEGON ) <br> ) <br>         Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERT WENDEL; DALILA ) <br> HERNANDEZ; LUCIANA NALDI; ) <br> LIVINGSTON HIGH SCHOOL; MERCED ) <br> UNION HIGH SCHOOL DISTRICT; ) <br> MIKE AKERS; LIVINGSTON POLICE ) <br> DEPARTMENT; CITY OF LIVINGSTON ) <br> ) <br>         Defendants. ) <br> _____) | Case No. 1:05-CV-00604-REC-DLB <br><br> **STIPULATION AND ORDER RE DISMISSAL** |

     COME NOW the parties in the above captioned case, by and through their undersigned counsel, and hereby respectfully request said cause be dismissed, with prejudice, forthwith. Each party to bear their own attorney's fees and costs.  This agreement may be signed in counterpart.

Dated:  May 9, 2007                                  PEREZ, WILLIAMS & MEDINA

                                                                                    By: /s/ROBERT GRAY WILLIAMS, ESQ.
                                                                                          ROBERT GRAY WILLIAMS, ESQ.
                                                                                              Attorneys for Plaintiffs

McCORMICK, BARSTOW, SHEPPARD

By: /s/ANTHONY DEMARIA, ESQ.
ANTHONY DeMARIA, ESQ.
Attorneys for Defendants,
Livingston High School and Merced
Union High School District

Dated:  February 2, 2007          THAYER, HARVEY, GREGERSON,
                                  HEDBERG & JACKSON


By: /s/KENNETH R. HEDBERG, ESQ.
KENNETH R. HEDBERG, ESQ.
Attorneys for Defendants, Mike
Akers, City of Livingston, and
Livingston Police Department.


Dated: February 22, 2007          TUTTLE & McCLOSKEY


By: /s/JAMES MCBREARTY, ESQ.
JAMES McBREARTY, ESQ.
Attorneys for Defendant, Luciana
Naldi


Dated:  February 26, 2007         BORTON, PETRINI & CONRON, LLP


By: /s/BRAD POST, ESQ.
DAVID LEATH, ESQ.
J. DAVID PETRIE, ESQ.
Attorneys for Defendant, Robert
Wendel


Dated:  February 16, 2007
         YOHMAN, PARKER, KERN,

         NARD & WENZEL

By:   /s/RICHARD KERN, ESQ.

KIRSTEN K. COREY, ESQ.

Attorneys for Defendant,

Dalila Hernandez


**ORDER**

     Pursuant to the above stipulation, this Court DISMISSES this action with prejudice and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   May 11, 2007**                      /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE