# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE CASTANEDA, a minor, by and through her Guardian ad Litem, RUMUALDO CASTANEDA, et.al.,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT WENDELL, et al.,<br><br>    Defendants. | CV F 05 00604 LJO DLB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION (Document 90)<br><br>ORDER MODIFYING APPROVAL OF MINOR'S COMPROMISE |

On April 17, 2007, Petitioner, the Guardian ad Litem of the minor Guadalupe Castaneda, filed a Motion to Modify the Approval of the Minor's Compromise.

On May 2, 2007, the Magistrate Judge issued Findings and Recommendation that the Motion be granted. The Findings and Recommendation were served on all parties and contained notice that any objections were to be filed on or before May 10, 2007. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 2, 2007, are ADOPTED IN FULL;

1

2. The Motion to Modify the Approval of the Minor's Compromise is GRANTED; and

3. The minor's $32,939.53 share shall be deposited in a blocked account held with a banking institution that is insured with the Federal Deposit Insurance Corporation until the minor reaches the age of majority.

IT IS SO ORDERED.

Dated:   May 11, 2007                         /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE